

# Fourth Court of Appeals
## San Antonio, Texas

May 16, 2014

No. 04-13-00761-CR and 04-13-00762-CR

Ruben **NERIO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2005CR1231 and 2005CR1529
The Honorable Angus K. McGinty, Judge Presiding

# O R D E R

Appellant's briefs in these companion cases were originally due on February 26, 2014. Appellant is represented on appeal by appointed counsel, Mr. Mark E. Braswell. On May 16, 2014, Mr. Braswell filed briefs in which he asserts there are no nonfrivolous grounds for appeal; therefore, he has a duty to request permission to withdraw as counsel. *See Nichols v. State*, 954 S.W.2d 83, 85 (Tex. App.—San Antonio 1997, no pet.); *Bruns v. State*, 924 S.W.2d 176, 177 n.1 (Tex. App.—San Antonio 1996, no pet.). Mr. Braswell did not file a motion to withdraw. Accordingly, he is hereby ORDERED to file the appropriate motion to withdraw <u>no later than May 21, 2014</u>.

Also, until counsel's motion to withdraw is granted, Mr. Braswell represents his client, must send his client a copy of the *Anders* briefs, must inform him of his right to file a pro se response, must respond to his client's questions, must send him a copy of the decision by the court of appeals, and must ensure that his client has been informed of his right to file a pro se petition for discretionary review with the Court of Criminal Appeals. *See Bruns*, 924 S.W.2d at 177 n.1. Therefore, Mr. Braswell is further ORDERED to include the appropriate affidavit with his motion to withdraw. *Id.* ("Accompanying that motion [to withdraw] shall be an *Anders* brief and an exhibit showing the attorney sent a copy of the motion and brief to the defendant and informed him of his right to review the record and file a pro se brief. [Counsel must also] inform the defendant of his right to review the record [and] explain the details of the procedure to be used in the particular court of conviction to gain access to the record.").

If Mr. Braswell fails to file the appropriate motion to withdraw, accompanied by an affidavit, by May 21, 2014, the briefs filed by Mr. Braswell will be struck and these causes will

be abated to the trial court for appointment of new counsel. **NO EXTENSIONS OF TIME WILL BE CONSIDERED OR GRANTED.**

_Sandee Bryan Marion_

Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of May, 2014.

Keith E. Hottle

Clerk of Court